# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0050. ANGELA SKIPWORTH v. MARCUS SKIPWORTH.

Angela Skipworth has filed a Motion to Extend Time to File Application for Discretionary Appeal. The motion is GRANTED; Movant is granted a 30-day extension resulting in a due date of October 15, 2025. No further extensions may be granted. See OCGA § 5-6-35 (d); 5-6-39 (a) (5), (c); Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/09/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*